UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


**Nos. 12-3401 and 12-3501**


Christ the King Manor, Inc. v. Secretary United States Department of Health


(M.D. Pa. No. 09-cv-02007)


**ORDER**


It appearing that counsel for appellants name was misspelled in the precedential opinion issued today and that the correct spelling is Natirboff. It is hereby ORDERED that the opinion is amended as follows:

Daniel K. Natirboff [ARGUED]
Capozzi & Associates
P.O. Box 5866
Harrisburg, PA 17110
Counsel for Appellants

The opinion has been corrected and uploaded to the docket.


For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: September 19, 2013
tmk/cc: Daniel K. Natirboff, Esq.
        Jeffrey E. Sandberg, Esq.
        Sean A. Kirkpatrick, Esq.